**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| Christopher DePace, | Civil Action No. 2:22-cv-3720-RMG-MGB |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL** |
| Wal-Mart Stores East, LP, | |
| Defendant. | |

COMES NOW Defendant Wal-Mart Stores East, LP ("Defendant"), by and through its undersigned counsel of record, and files this Notice of Removal in the above-captioned action pursuant to 28 U.S.C. §§ 1441 and 1446.  In support of removal, Defendant respectfully asserts the following:

1.      On September 28, 2022, Plaintiff filed his Summons and Complaint in the Court of Common Pleas for the State of South Carolina, Charleston County, Civil Action No. 2022-CP-10-04532 (the "State Court Action").  A copy of the Summons and Complaint is attached as **Exhibit A**.  Defendant has received no other process, pleadings, or orders.

2.      Defense counsel accepted service of the Summons and Complaint on October 7, 2022.  Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

3.      The United States District Court for the District of South Carolina, Charleston Division, is the federal judicial district embracing the Charleston County Court of Common Pleas, where the State Court Action was originally filed and embracing Georgetown County, where the events alleged in the Complaint are alleged to have occurred.  Thus, venue is proper in this Court under 28 U.S.C. § 1441(a).

4.      Pursuant to 28 U.S.C. § 1446(d), Defendant is concurrently filing a Notice of Filing Notice of Removal with the Clerk of Court for the Charleston County Court of Common Pleas and serving Plaintiff with a copy of this Notice of Removal and a copy of the Notice of Filing Notice of Removal.

5.      As explained below, this Court has jurisdiction over the State Court Action based on federal question jurisdiction pursuant to 28 U.S.C. § 1331.

6.      Therefore, the State Court Action may be removed to this Court under 28 U.S.C. §§ 1331 and 1441(a).

## FEDERAL QUESTION JURISDICTION

7.      Plaintiff's Complaint alleges wrongful termination and retaliation in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and 42 U.S.C. § 1981 ("Section 1981"). (Compl. ¶¶ 34-42.)  Plaintiff alleges no state law claims.  (*See generally* Compl.)

8.      Plaintiff's claims are brought pursuant to Title VII, arise solely under the laws of the United States, and could have originally been brought before this Court pursuant to 28 U.S.C. § 1441(a).

9.      Therefore, this Court has federal question jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331, and the State Court Action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

## LOCAL CIVIL RULE REQUIREMENTS

10.      Defendant has complied with the requirements of Rules 83.IV.01 and 83.IV.02 of the Local Civil Rules of the United States District Court for the District of South Carolina.

11.      Defendant has also complied with Local Civil Rule 26.01 by filing an Answer to Local Civil Rule 26.01 Interrogatories simultaneously with this Notice of Removal.

2

WHEREFORE, Defendant prays that the State Court Action now pending in the Court of Common Pleas for the State of South Carolina, Charleston County, be removed to this Court.

Dated: October 27, 2022

/s/ William H. Foster

William H. Foster, Bar No. 6221
bfoster@littler.com
Katie Towery, Bar No. 12861
ktowery@littler.com
LITTLER MENDELSON P.C.
110 E. Court Street, Suite 201
Greenville, SC  29601
Telephone:    864-775-3190
Facsimile:    864-725-1065

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served the foregoing via electronic mail upon the following counsel of record:

David A. Nauheim
david@nauheimlaw.com
Joshua Mangan
josh@nauheimlaw.com
Nauheim Law Office, LLC
P.O. Box 31458
Charleston, SC 29417

*Attorneys for Plaintiff*

*/s/ William H. Foster*
William H. Foster, Bar No. 6221
bfoster@littler.com
Katie Towery, Bar No. 12861
ktowery@littler.com
LITTLER MENDELSON P.C.
110 E. Court Street, Suite 201
Greenville, SC  29601
Telephone:   864-775-3190
Facsimile:    864-725-1065

*Attorneys for Defendant*